## **EXHIBIT 3**

(Original Filings)

51 12

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## Western District of Michigan

In re  **KEVIN J IMHOFF** _____

_____ Debtor

Case No. · **11-04869** _____

Chapter  **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 872,444.94 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 6,118,358.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 300.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 260.00 |
| TOTAL | | 20 | $ 872,444.94 | $ 6,118,358.00 | |

Form 6 - Statistical Summary (12/07)

## United States Bankruptcy Court
## Western District of Michigan

In re   **KEVIN J IMHOFF**                                     Case No.   __11-04869__

_____   Debtor              Chapter   __7__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   0.00 |
| TOTAL | $   0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   300.00 |
| Average Expenses (from Schedule J, Line 18) | $   260.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   0.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4. Total from Schedule F | | $   6,118,358.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   6,118,358.00 |

B6A (Official Form 6A) (12/07)

In re:  **KEVIN J IMHOFF** _____    Case No. __11-04869__
                    Debtor                                           (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |

Total  ➢  | 0.00 |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **KEVIN J IMHOFF**                                      Case No.   __11-04869__
                                                                           (If known)
_____
            Debtor

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | CASH ON HAND | | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | FIFTH THIRD BANK-CHECKING. JOINT WITH WIFE. TOTAL VALUE $242. DEBTOR'S 1/2 WORTH $121 | | 121.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | FIFTH THIRD PASS THROUGH ACCOUNT FOR HBW INCOME PASSED THROUGH TO BLUE DIAMOND ENTERPRISES. JOINT WITH WIFE. FUNDS BELONG TO BLUE DIAMOND ENTERPRISES, LLC. | J | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | FIFTH THIRD-SAVINGS. JOINT WITH WIFE. TOTAL VALUE $704. DEBTOR'S 1/2 WORTH $ 352 | | 352.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | FURNITURE, FURNISHINGS, APPLIANCES, HOUSEHOLD TOOLS. JOINT WITH WIFE. TOTAL VALUE $10,000. DEBTOR'S 1/2 WORTH $5,000 | | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | CLOTHING | | 500.00 |
| 7. Furs and jewelry. | | WEDDING RING, WATCH AND HBW RING | | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | PRIMERICA LIFE INSURANCE TERM POLICY. DEATH BENEFIT $2,050,000 | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | AVIVA IRA ANNUITY | | 41,275.00 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | METLIFE SEP IRA | | 261,332.00 |

B6B **(Official Form 6B) (12/07) -- Cont.**

In re   **KEVIN J IMHOFF** _____   Case No. __11-04869__
                                    Debtor                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **PACLIFE SEP IRA** | | **39,825.00** |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **TCA ROTH IRA** | | **11,776.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **BLUE DIAMOND ENTERPRISES, LLC. DEBTOR IS 80% MEMBER** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **CITIGROUP STOCK.** | | **31.75** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **K & R IMHOFF ENTERPRISES, LLC. DEBTOR IS 5% MEMBER.** | | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **CLAIMS AGAINST PRIMERICA FINANCIAL SERVICES.AND RELATED ENTITIES AND PERSONS. UNKNOWN VALUE.** | | **500,000.00** |
| Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **CONTINGENT BENEFICIARY INTEREST IN RUTH A. IMHOFF LIVING TRUST.  NO PRESENT RIGHT TO DISTRIBUTIONS.** | | **0.00** |
| Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **POTENTIAL TAX REFUNDS JOINT WITH WIFE FROM AMENDMENT OF PRIOR YEAR TAX RETURNS. VALUE UKNOWN.** | J | **1.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re    **KEVIN J IMHOFF**                                              Case No. __11-04869__
                            Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 BUICK RAINER.** | | **8,675.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **CONTINGENT INTEREST AS BENEFICIARY OF WIFE'S TRUST. NO CURRENT VALUE.** | | **0.00** |
| Other personal property of any kind not already listed. Itemize. | | **HEALTH SAVINGS ACCT-OPTUM HEALTH  BANK** | | **3,055.19** |
| Other personal property of any kind not already listed. Itemize. | | **INTEREST IN THE KEVIN J. IMHOFF LIVING TRUST** | | **1.00** |

__2__   continuation sheets attached               Total   ➤   | **$ 872,444.94** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **KEVIN J IMHOFF**                                          Case No.  **11-04869**
_____                                 _____
                    Debtor                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450.*
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2006 BUICK RAINER. | 11 USC § 522(d)(5) | 5,225.00 | 8,675.00 |
| | 11 USC § 522(d)(2) | 3,450.00 | |
| AVIVA IRA ANNUITY | 11 USC § 522(d)(12) | 41,275.00 | 41,275.00 |
| BLUE DIAMOND ENTERPRISES, LLC. DEBTOR IS 80% MEMBER | 11 USC § 522(d)(5) | 0.00 | 0.00 |
| CASH ON HAND | 11 USC § 522(d)(5) | 0.00 | 0.00 |
| CITIGROUP STOCK. | 11 USC § 522(d)(5) | 31.75 | 31.75 |
| CLAIMS AGAINST PRIMERICA FINANCIAL SERVICES.AND RELATED ENTITIES AND PERSONS. UNKNOWN VALUE. | 11 USC § 522(d)(5) | 0.00 | 500,000.00 |
| CLOTHING | 11 USC § 522(d)(3) | 500.00 | 500.00 |
| FIFTH THIRD BANK-CHECKING. JOINT WITH WIFE. TOTAL VALUE $242. DEBTOR'S 1/2 WORTH $121 | 11 USC § 522(d)(5) | 121.00 | 121.00 |
| FIFTH THIRD-SAVINGS.  JOINT WITH WIFE. TOTAL VALUE $704.  DEBTOR'S 1/2 WORTH $ 352 | 11 USC § 522(d)(5) | 352.00 | 352.00 |
| FURNITURE, FURNISHINGS, APPLIANCES, HOUSEHOLD TOOLS.  JOINT WITH WIFE. TOTAL VALUE $10,000. DEBTOR'S 1/2 WORTH $5,000 | 11 USC § 522(d)(3) | 5,000.00 | 5,000.00 |
| HEALTH SAVINGS ACCT-OPTUM HEALTH  BANK | 11 USC § 522(d)(5) | 3,055.19 | 3,055.19 |
| INTEREST IN THE KEVIN J. IMHOFF LIVING TRUST | 11 USC § 522(d)(5) | 1.00 | 1.00 |
| K & R IMHOFF ENTERPRISES, LLC. DEBTOR IS 5% MEMBER. | 11 USC § 522(d)(5) | 0.00 | 0.00 |
| METLIFE SEP IRA | 11 USC § 522(d)(12) | 261,332.00 | 261,332.00 |
| PACLIFE SEP IRA | 11 USC § 522(d)(12) | 39,825.00 | 39,825.00 |

B6C (Official Form 6C) (4/10) - Cont.

In re   **KEVIN J IMHOFF**                                           Case No.   **11-04869**
                              Debtor                                            (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| POTENTIAL TAX REFUNDS JOINT WITH WIFE FROM AMENDMENT OF PRIOR YEAR TAX RETURNS. VALUE UKNOWN. | 11 USC § 522(d)(5) | 1.00 | 1.00 |
| PRIMERICA LIFE INSURANCE TERM POLICY.  DEATH BENEFIT $2,050,000 | 11 USC § 522(d)(7) | 2,050,000.00 | 0.00 |
|  | 11 USC § 522(d)(8) | 0.00 |  |
| TCA ROTH IRA | 11 USC § 522(d)(12) | 11,776.00 | 11,776.00 |
| WEDDING RING, WATCH AND HBW RING | 11 USC § 522(d)(4) | 1,450.00 | 500.00 |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re   **KEVIN J IMHOFF**                                                  Case No.   11-04869
_____                                         _____
Debtor                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| NONE | | | VALUE | | | | | |

<u>0</u>   continuation sheets attached

Subtotal   ►
(Total of this page)

Total   ►
(Use only on last page)

| $ | 0.00 | $ | 0.00 |
|---|---|---|---|
| $ | 0.00 | $ | 0.00 |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **KEVIN J IMHOFF** _____          Case No.   <u>11-04869</u> _____
_____ Debtor                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

B6E (Official Form 6E) (4/10) – Cont.

In re  **KEVIN J IMHOFF**                                    Case No.   11-04869
                          Debtor                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)

| | | |
|---|---|---|
| $         0.00 | $         0.00 | $         0.00 |

Total ►
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| $         0.00 | | |

Total ►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

| | $         0.00 | $         0.00 |

B6F (Official Form 6F) (12/07)

In re   **KEVIN J IMHOFF**                                   Case No.   **11-04869**
_____                              _____
                          Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | X | X | X | 0.00 |
| **BANK OF AMERICA** ATTN: CORRESPONDENCE UNIT CA6-919-01-41 PO BOX 5170 SIMI VALLEY, CA  93061 **ACCESS MORTGAGE** C/O PARISH NATIONAL BANK 13331 US HIGHWAY 98 EAST DESTIN, FL  32541 **COUNTRYWIDE HOME LOANDS** 4301 N. BEACH ST. FWTX 36 FT. WORTH, TX  76137 | | | **POTENTIAL DEFICIENCIES FROM COUNTRYWIDE MORTGAGES. LOAN NUMBERS ENDING 9601, 1009, 0161, 1337, 1817, 0906, 9691, 1453, 3025, 1561** | | | | |
| ACCOUNT NO. | | | | X | X | X | 0.00 |
| **CHRIS AND KENYATTA PRYOR** 4355 SCENIC DR. SAGINAW, MI 48603 | | | **DISPUTED CLAIM** | | | | |
| ACCOUNT NO. | | | | X | X | X | 0.00 |
| **DAN AND LORRAINE PUURI** 9461 COLEMAN RD HASLETT MI  48840 | | | **NOTICE ONLY** | | | | |

<u>6</u>   Continuation sheets attached



Subtotal ▷ | $ | 0.00

Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **KEVIN J IMHOFF**                                    Case No.  11-04869
                    Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **ELIDA SEPULVEDA** <br> **501 S HOLMES ST** <br> **LANSING MI  48912** | | | **NOTICE ONLY** | X | X | X | 0.00 |
| ACCOUNT NO.    **ENDING 7838** <br><br> **FIFTH THIRD BANK** <br> **5050 KINGSLEY** <br> **1MOC23** <br> **CINCINNATI, OH  45263** | X | J | **PERSONAL CREDIT LINE** | | | | 79,858.00 |
| ACCOUNT NO. <br><br> **JOHN AND PAM FLOOD** <br> **1392 HOLT ROAD** <br> **MASON MI  48854** | | | **NOTICE ONLY** | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> **JON AND CELESTE PAGET** <br> **5992 SHADOWLAWN CT** <br> **EAT LANSING MI  48823** | | | **NOTICE ONLY** | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> **KOLYA GAUNA** <br> **3524 WEST ST** <br> **LANSING MI  48917** | | | **NOTICE ONLY** | X | X | X | 0.00 |

Sheet no.  1  of  6  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                                    79,858.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **KEVIN J IMHOFF**                                    Case No. __11-04869__
                          Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MARGARITA GAUNA<br>701 WATER ST<br>EATON RAPIDS MI  48827 | | | NOTICE ONLY | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>MELVIN PRYOR<br>3894 CANYON DR.<br>SAGINAW, MI  48603 | | | DISPUTED CLAIM | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>MS. FELICIA M. FOX, ESQ.<br>FINRA DISPUTE RESOLUTION<br>MIDWEST REGIONAL OFFICE<br>55 WEST MONROE ST., STE 2600<br>CHICAGO, IL  60603-5104 | | | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.<br><br>OSCAR AND ROBIN SLATON<br>1330 S. DUNCAN AVE.<br>FAYETTEVILLE AR  72701 | | | NOTICE ONLY | X | X | X | 0.00 |

Sheet no. _2_ of _6_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                0.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **KEVIN J IMHOFF**                                              Case No.   **11-04869**
                          Debtor                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | X | X | 0.00 |
| **PFS INVESTMENTS, INC.** **C/O MAUREEN MIDDLETON** **RESIDENT AGENT** **3120 BRECKINGRIDGE BLVD.** **DULUTH, GA  30099** **PFS INVESTMENTS, INC.** **C/O GENERAL COUNSEL** **3120 BRECKINRIDGE BLVD.** **DULUTH, GA  30099** **PFS INVESTMENTS, INC** **C/O RAYMOND W. HENNEY** **HONIGMAN, MILLER SCHWARTZ AND COHN** **2290 FIRST NATIONAL BLDG.** **DETROIT, MI  48226** | | | **DISPUTED CLAIMS** | | | | |
| ACCOUNT NO. | | | | X | X | X | 0.00 |
| **PRIMERICA  FINANCIAL SERVICES** **HOME MORTGAGES, INC.** **C/O MAUREEN MIDDLETON** **3120 BRECKINRIDGE BLVD.** **DULUTH, GA 30099** **PRIMERICAL FINANCIAL SERVICES** **HOME MORTGAGES, INC.** **C/O RAYMOND W. HENNEY** **2290 FIRST NATIONAL BLDG.** **DETROIT, MI  48226** | | | **DISPUTED CLAIMS** | | | | |

Sheet no.  3 of 6 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                          Subtotal  >  $             0.00

                                                                          Total  >  $

                                        (Use only on last page of the completed Schedule F.)
                              (Report also on Summary of Schedules and, if applicable on the Statistical
                                       Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **KEVIN J IMHOFF**
                          Debtor

Case No.   11-04869
                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**PRIMERICA CLIENT SERVICES, INC.**<br>**C/O MAUREEN MIDDLETON**<br>**3120 BRECKINRIDGE BLVD.**<br>**DULUTH, GA  30099**<br><br>**PRIMERICA CLIENT SERVICES**<br>**C/O RAYMOND W. HENNEY**<br>**HONIGMAN, MILLER, SCHWARTZ AND COHN**<br>**2290 FIRST NATIONAL BLDG.**<br>**DETROIT, MI  48226** | | | **DISPUTED CLAIM** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**PRIMERICA FINANCIAL SERVICES, INC.**<br>**C/O MAUREEN MIDDLETON,**<br>**RESIDENT AGENT**<br>**3120 BRECKINRIDGE BLVD.**<br>**DULUTH, GA  30099**<br>**PRIMERICA FINANCIAL SERVICES**<br>**C/O GENERAL COUNSEL**<br>**3120 BRECKINRIDGE BLVD.**<br>**DULUTH, GA  30099**<br><br>**PRIMERICA FINANCIAL SERVICES**<br>**C/O RAYMOND W. HENNEY**<br>**HONIGMAN, MILLE SCHWARTZ AND COHN,**<br>**2290 FIRST NATIONAL BLDG.**<br>**DETROIT, MI  48226** | | | **DISPUTED CLAIMS** | X | X | X | 238,500.00 |

Sheet no.  4  of 6 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $      238,500.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **KEVIN J IMHOFF**                                      Case No.  **11-04869**
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | X | X | 0.00 |
| **PRIMERICA LIFE INSURANCE COMPANY C/O MAUREEN MIDDLETON, RESIDENT AGENT 3120 BRECKINRIDGE BLVD. DULUTH, GA  30099** <br> **PRIMERICA LIFE INSURANCE COMPANY C/O GENERAL COUNSEL 3120 BRECKINRIDGE BLVD. DULUTH, GA  30099** <br> **PRIMERICA LIFE INSURANCE COMPANY C/O RAYMOND W. HENNEY HONIGMAN, MILLER SCHWARTZ AND COHN 2290 FIRST NATIONAL BLDG. DETROIT, MI  48226** | | | DISPUTED CLAIMS | | | | |
| ACCOUNT NO. | | | | X | X | X | 5,800,000.00 |
| **ROGER AND TONI SIMINSKI 1981 BRIARCLIFF BLVD. OWOSSO, MI  48867** <br><br> **JAMES P. DAVEY, ESQ. KEMP KLEIN LAW FIRM 201 WEST BIG BEAVER RD. SUITE 600 TROY, MI  48084** | | | DISPUTED CLAIM | | | | |
| ACCOUNT NO. | | | | X | X | X | 0.00 |
| **RUTH PRYOR 37 SAWMILL CREEK TRAIL SAGINAW, MI  48603** | | | DISPUTED CLAIM | | | | |

Sheet no.  5 of 6 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $        5,800,000.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **KEVIN J IMHOFF**                                   Case No.   <u>11-04869</u>
                         Debtor                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**SAMUEL AND DOROTHY DUNCAN**<br>**5722 CASTLEBURY CIRCLE**<br>**LANSING, MI  48917** | | | **DISPUTED CLAIM** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**SCOTT AND LORA BENJAMIN**<br>**7673 W. HIDDEN LAKE DR.**<br>**PERRY MI  48872** | | | **NOTICE ONLY** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**TOM AND LINDA STEEPE**<br>**2635 STANTON ST.**<br>**CANTON MI  48188** | | | **NOTICE ONLY** | X | X | X | 0.00 |

Sheet no. <u>6</u> of <u>6</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                    0.00

Total  >  $        6,118,358.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **KEVIN J IMHOFF** _____     Case No. _**11-04869**_____
                                    Debtor                                        (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HBW ADVISORY SERVICES<br>PO BOX 2049<br>SIMI VALLEY, CA 93062 | **INVESTMENT ADVISOR REPRESENTATIVE AGREEMENT** |
| HBW INSURANC & FIN. SVCS. INC.<br>PO BOX 2049<br>SIMI VALLEY, CA 93062 | **HBW AGENT AGREEMENT** |
| HBW Securities, LLC<br>PO BOX 2049<br>SIMI VALLEY, CA 93062 | **Registered Representative Agreement** |

B6H (Official Form 6H) (12/07)

In re:  **KEVIN J IMHOFF**                                                        Case No.   <u>11-04869</u>
                          _____                                              <u>          </u>
                                    Debtor                                                                      (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RUTH IMHOFF**<br>**1534 SETTLERS HILL DR**<br>**LANSING, MI  48917** | **BANK OF AMERICA**<br>**ATTN: CORRESPONDENCE UNIT**<br>**CA6-919-01-41**<br>**PO BOX 5170**<br>**SIMI VALLEY, CA  93061** |
| **RUTH IMHOFF**<br>**1534 SETTLERS HILL DR.**<br>**LANSING, MI  48917** | **FIFTH THIRD BANK**<br>**5050 KINGSLEY**<br>**1MOC23**<br>**CINCINNATI, OH  45263** |

B6I (Official Form 6I) (12/07)

In re   **KEVIN J IMHOFF**                                    Case No.   __11-04869__
_____
                    **Debtor**                                              (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **FINANCIAL ADVISOR** | |
| Name of Employer | **BLUE DIAMOND ENTERPRISES, LLC** | |
| How long employed | | |
| Address of Employer | **924 CENTENNIAL WAY STE. 400 LANSING, MI  48917** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  |  | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | | $ 0.00 | $ |
| 2. Estimate monthly overtime | | $ 0.00 | $ |
| 3. SUBTOTAL | | $ 0.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|    a. Payroll taxes and social security | | $ 0.00 | $ |
|    b. Insurance | | $ 0.00 | $ |
|    c. Union dues | | $ 0.00 | $ |
|    d. Other (Specify) | | $ 0.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 0.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 0.00 | $ |
| 8. Income from real property | | $ 0.00 | $ |
| 9. Interest and dividends | | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0.00 | $ |
| 11. Social security or other government assistance (Specify) | | $ 0.00 | $ |
| 12. Pension or retirement income | | $ 0.00 | $ |
| 13. Other monthly income (Specify) **ESTIMATED DISTRIBUTIONS FROM K & R IMHOFF** | | $ 300.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 300.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 300.00 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 300.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

B6I (Official Form 6I) (12/07) - Cont.

In re   **KEVIN J IMHOFF**                                    Case No.   __11-04869__

_____

Debtor                                                                (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

__NONE__

B6J (Official Form 6J) (12/07)

In re **KEVIN J IMHOFF** _____     Case No. _____**11-04869**_____
                                Debtor                                                      (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
| a. Are real estate taxes included?   Yes _____   No ✓ | | | |
| b. Is property insurance included?   Yes _____   No ✓ | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 0.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 0.00 |
| d. Other _____ | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 0.00 |
| 5. Clothing | | $ | 0.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 0.00 |
| 8. Transportation (not including car payments) | | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 0.00 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other_____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other **CONTRIBUTION TO HOUSEHOLD EXPENSES** _____ | | $ | 260.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 260.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | $ | 300.00 |
| b. Average monthly expenses from Line 18 above | $ | 260.00 |
| c. Monthly net income (a. minus b.) | $ | 40.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **KEVIN J IMHOFF** _____   Case No.  <u>11-04869</u> _____
                                    Debtor                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ <u>23</u> _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  <u>5/12/2011</u> _____        Signature:  **/s/ KEVIN J IMHOFF** _____
                                                          <u>KEVIN J IMHOFF</u>
                                                                           Debtor

                                             [If joint case, both spouses must sign]

------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**Western District of Michigan**

In re:   **KEVIN J IMHOFF** _____,          Case No. **11-04869** _____

Debtor                                                   (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None  ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 0.00 | K & R IMHOFF ENTERPRISES, LLC | 2009 |
| 40,603.00 | DISTRIBUTIONS FROM BLUE DIAMOND ENTERPRISES, LLC | 2009 |
| 845.00 | DISTRIBUTIONS FROM K & R IMHOFF ENTERPRISES, LLC | 2010 |
| 33,320.00 | DISTRIBUTIONS FROM BLUE DIAMOND ENTERPRISES, LLC | 2010 |
| 7,520.00 | DISTRIBUTIONS FROM BLUE DIAMOND ENTERPRISES, LLC | 2011 |
| 1,195.00 | DISTRIBUITONS FROM K & R IMHOFF ENTERPRISES, LLC | 2011 |

### 2.  Income other than from employment or operation of business

None  ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 215.00 | INTEREST INCOME-JOINT WITH WIFE | 2009 |
| 1.00 | INTEREST INCOME-JOINT WITH WIFE | 2010 |
| 0.04 | INTEREST INCOME-JOINT WITH WIFE | 2011 |

2

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None

☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None

☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

#### 4.   Suits and administrative proceedings, executions, garnishments and attachments

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding
☐    the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
    either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
    not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **IMHOFF v. PFS INVESTMENTS, INC., ET AL** <br> 11-00483 | **FINRA ARBITRATION CLAIM BROUGHT BY DEBTOR** | **FINRA DISPUTE RESOLUTION MIDWEST REGIONAL OFFICE CHICAGO, IL  60603-5104** | **PENDING** |
| **IMHOFF v.PRIMERICA FINANCIAL SERVICES, INC. et al** <br> 10-1735 | **BREACH OF CONTRACT AND OTHER CLAIMS** | **EATON COUNTY CIRCUIT COURT** | |
| **PFS  INVESTMENTS, INC. ET AL v. DEBTOR** <br> 2:11-CV-10142-PJD | COMPEL ARBITRATION | **U.S. DIST. CT. E.D. MICH DETROIT, MI** | **ORDER TO ARBITRATE** |
| **SIMINSKI v. IMHOFF** <br> 10-01611 | **ARBITRATION PROCEEDING IN FINRA** | **FINRA  DISPUTE RESOLUTION MIDWEST REGIONAL OFFICE CHICAGO, IL  60603-5104** | **PENDING** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☑    immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
    information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
    separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5.   Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☑    foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
    debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses
    whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 6.   Assignments and receiverships

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☑    commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either
    or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
    filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
☑    immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
    include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
    spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
☑
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
☑
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| DUNN, SCHOUTEN & SNOAP, PC 2745 DE HOOP AVE. SW WYOMING, MI 49509 | 4/11 | $7,500 |
| GREENPATH FARMINGTON HILLS, MI | $50 PAID 4/25/11 | $50 |

### 10. Other transfers

None
☐
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| AMERICAN NEUROPSYCHIATRY ASSCO. 1009 RIVER POINTE DR. ALBANY, GA  31701     NONE | 12/18/2009 | FLORIDA CONDO UNIT NO. 2436 AT EMERALD BEACH RESORT. SOLD FOR $128,853. SHORT SALE. |
| AMERICAN NEUROPSYCHIATRY ASSOC. 1009 RIVER POINTE DR. ALBANY, GA  31701     NONE | 12/18/2009 | FURNITURE FOR FLORIDA CONDO EB-2436. SOLD FOR $17,500. |

5

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**6**

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

7

## 18. Nature, location and name of business

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **BLUE DIAMOND ENTERPRISES, LLC** | 26-3041059 | **924 CENTENNIAL WAY STE. 400 LANSING, MI 48917** | **FINANCIAL SERVICES** | 07/31/2008 |
| **K & R IMHOFF ENTERPRISES, LLC** | 26-0069205 | **1534 SETTLERS HILL DR. LANSING, MI  48917** | **REAL ESTATE** | 08/06/2003 |

None ☑    b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME _____    ADDRESS _____

## 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **FLINTOFF & KLEIN, P.C. 2149 JOLLY RD. STE 500 OKEMOS, MI 48864** | **TAX SERVICES 2009-2011** |
| **LALLY GROUP PC 11966 SWEETWATER DR. GRAND LEDGE, MI  48837** | **TAX SERVICES FOR K & R IMHOFF ENTERPRISES, LLC FROM 2009 TO 2011** |

None ☑    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME _____ ADDRESS _____ DATES SERVICES RENDERED _____

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **RUTH IMHOFF** | **1534 SETTLERS HILL DR. LANDING, MI 48917** |

8

| None ☑ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |
|---|---|

NAME AND ADDRESS                              DATE ISSUED

## 20. Inventories

| None ☑ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |
|---|---|

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                          (Specify cost, market or other
                                                          basis)

| None ☑ | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |
|---|---|

                                              NAME AND ADDRESSES OF CUSTODIAN
DATE OF INVENTORY                             OF INVENTORY RECORDS

## 21. Current Partners, Officers, Directors and Shareholders

| None ☑ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |
|---|---|

NAME AND ADDRESS                NATURE OF INTEREST          PERCENTAGE OF INTEREST

| None ☑ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
|---|---|

                                                          NATURE AND PERCENTAGE
NAME AND ADDRESS                TITLE                      OF STOCK OWNERSHIP

## 22. Former partners, officers, directors and shareholders

| None ☑ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |
|---|---|

NAME                        ADDRESS                        DATE OF WITHDRAWAL

| None ☑ | b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |
|---|---|

NAME AND ADDRESS                TITLE                      DATE OF TERMINATION

## 23. Withdrawals from a partnership or distributions by a corporation

| None ☑ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |
|---|---|

NAME & ADDRESS                                              AMOUNT OF MONEY
OF RECIPIENT,                      DATE AND PURPOSE         OR DESCRIPTION
RELATIONSHIP TO DEBTOR             OF WITHDRAWAL            AND VALUE OF PROPERTY

9

**24. Tax Consolidation Group.**

None ☑  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION            TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ☑  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PENSION FUND                  TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **5/12/2011**                    Signature    **/s/ KEVIN J IMHOFF**
                                       of Debtor    **KEVIN J IMHOFF**