# **EXHIBIT 5**

(Blue Diamond Assignment)

GRDS01 431695v4

General Assignment

We, Kevin J. Imhoff and Ruth A. Imhoff, assign to Kevin J. Imhoff and Ruth A. Imhoff, Co-Trustees, and their successors, as Co-Trustees of the Ruth A. Imhoff Living Trust under agreement, dated July 10, 2000, all of our interest in the following described assets:

1. Full (100%) interest into the Ruth A. Imhoff Living Trust all of my right, title and interest as a member/manager of the following State of Michigan Limited Liability Company:

    Blue Diamond Enterprises, LLC
    and assumed name Blue Diamond Financial Solutions

Signed in the presence of:

_____  _____
                           Ruth A. Imhoff
                           Individually and as Co-Trustee of
                           Ruth A. Imhoff Living Trust

                           _____
                           Kevin J. Imhoff
                           As Co-Trustee of Ruth A. Imhoff
                           Living Trust

STATE OF MICHIGAN)

COUNTY OF EATON)

The foregoing General Assignment was acknowledged before me on _February 4th_, 2011, by Ruth A. Imhoff & Kevin J. Imhoff

Notary Public, Eaton County (Acting in Eaton County)

My commission expires: _____   Signed: _____

TERRI L. CARMAN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF INGHAM
MY COMMISSION EXPIRES 04/03/2014
Acting in the County of _____