UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:                                                                                  Case No. 11-04869-jrh

KEVIN J. IMHOFF,                                                              Chapter 7 Case

                 Debtor                                                       Hon. Jeffrey R. Hughes
_____/

PFS INVESTMENTS, INC.
 a Georgia corporation,                                                       Adv. Proc. No. 11-80619

                 Plaintiff,

v.

KEVIN J. IMHOFF, an individual,

                 Defendant.
_____/

**CERTIFICATE OF SERVICE**

Document Served:   -   **PLAINTIFF'S RULE 7026(a)(1) DISCLOSURES**

The undersigned certifies that a copy of the document(s) listed above was served upon the parties listed on the attached Exhibit A at their respective addresses by first class mail, postage prepaid on the date indicated below.

Dated: February 27, 2012          I declare that the statement above is true to the best of my information, knowledge and belief.

                                    /s/Patrick E. Mears
                                    Patrick E. Mears (P31316)
                                    Barnes & Thornburg LLP

## **EXHIBIT A**

Richard A. Kerbawy, Esq.
Wilson Lett & Kerbawy PLC
2295 Sower Blvd
Okemos, MI  48864

GRDS01 448141v1